FIRST NATIONAL BANK OF BELLEVILLE, RESPONDENT, v. NATIONAL BOX AND LUMBER COMPANY, APPELLANT.

Submitted May 27, 1927—Decided October 17, 1927.

For the respondent, *Kessler & Kessler*.

For the appellant, *Schneider & Schneider*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.